UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOUSEN YISAK ADEN, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 23-0762 (UNA) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) ) | |

**MEMORANDUM OPINION**

It appears that petitioner is detained at St. Elizabeth's Hospital pending criminal proceedings in the Superior Court of the District of Columbia. By filing a petition for a writ of habeas corpus, petitioner presumably demands his immediate release.

"[A] federal court may dismiss an action when there is a direct conflict between the exercise of federal and state jurisdiction and considerations of comity and federalism dictate that the federal court should defer to the state proceedings." *Hoai v. Sun Refining and Marketing Co., Inc.*, 866 F.2d 1515, 1517 (D.C. Cir. 1989) (citing *Younger v. Harris*, 401 U.S. 37, 43-45 (1971)). This is such an action. *See Miranda v. Gonzales*, 173 F. App'x 840, 841 (D.C. Cir.) (per curiam) ("It is well-settled . . . that a court will not act to restrain a criminal prosecution if the moving party has an adequate remedy at law and will not suffer irreparable injury if denied equitable relief.") (citation omitted), *cert. denied*, 549 U.S. 889 (2006); *see Reed v. Wainwright*, No. 10-cv-0807, 2010 WL 1980170, at *1 (D.D.C. May 17, 2010) ("This Court not only lacks the authority to overturn a decision of a Superior Court judge, but also refrains

1

from interfering with ongoing Superior Court proceedings."); *Smith v. Holder*, No. 14-cv-131, 2014 WL 414292, at *1 (D.D.C. Jan. 30, 2014), *aff'd*, 561 F. App'x 12 (D.C. Cir. June 16, 2014) (per curiam) (noting appellant's failure to "show[] that the district court erred in dismissing his challenge to pending District of Columbia criminal proceedings under the abstention doctrine of *Younger v. Harris*").

Because petitioner remains in custody by order of the Superior Court, this Court declines to act. *See Lewis v. Senior Judges*, 75 F. Supp. 3d 201, 203 (D.D.C. 2014). The Court will grant petitioner's application to proceed *in forma pauperis*, deny the habeas petition without prejudice, and dismiss this civil action without prejudice. An Order accompanies this Memorandum Opinion.

DATE: April 12, 2023

/s/
TANYA S. CHUTKAN
United States District Judge